UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 6: 09-16-DCR |
| ) | |
| V. ) | |
| ) | |
| WILLIAM MORRIS, DEBRA MORRIS, ) | |
| and FREDDY THOMPSON, ) | **MEMORANDUM ORDER** |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Through a notice filed January 3, 2010 [Record No. 603], Defendants William Morris and Debra Morris seek to modify one portion of the edited transcript of a May 1, 2007 audio recording purportedly involving William Morris. Likewise, Defendant Freddie Thompson challenges three parts of the edited transcript of a separate May 1, 2007 audio recording allegedly containing his statements. [Record No. 615][1] The Court has again listened to the pertinent parts of the recordings in issue and agrees that limited changes should be made as outlined below.

**I.   The Maricle & Morris May 1, 2007 Transcript**

Defendants William and Debra Morris state that the transcript submitted by the United States contains all portions they had included, with one exception. According to these Defendants, the statement appearing at the bottom of page 5 of the transcript as

---

[1]   The issue raised by these Defendants relates to the accuracy of the transcripts the United States proposes to use during trial, not the admissibility of the accompanying audio recordings.

recently amended by the United States (beginning at approximately 23:25 of the accompanying audio tape) should read:

> MORRIS: I know what you're saying.  I'm like your daddy though, you gotta do something wrong first.

This portion of the transcript previously reviewed and approved by the Court states:

> MORRIS: I know what you mean.  I like your daddy, don't care, you gotta do something wrong first, now buddy.  I'll tell you that.

Having again listened to the accompanying audio tape, the Court will approve use of a transcript which reads as follows:

> MORRIS: I know what you're saying.  (UI) like your daddy (UI) you gotta do something wrong first, now buddy. (UI)

The Defendants' notice will be deemed an objection and will be sustained, in part, and overruled, in part.

**II.  The Thompson May 1, 2007 Transcript**

Defendant Thompson objects to three specific statements contained in a separate May 1, 2007 transcript.  He asserts that the first challenged portion of the transcript which appears at page the top of page five of the transcript as recently amended by the United States (beginning at approximately 9:18 of the accompanying audio tape) should read as follows:

> THOMPSON: I was never involved in no election business this year whatsoever.  Wasn't involved whatsoever.  I run it fair, I stay neutral in everybody's races you know.  If you all asked me for something, I got it for you, if somebody was asking me something and I could help a friend, you know, that was about as much as I done.  I wasn't getting mixed up in nothing.  I was unopposed, I just kept my nose out of everybody's business.

The corresponding portion of the transcript previously reviewed and approved by the Court states:

> THOMPSON: (Interrupting) I was never involved in no election business (UI) year whatsoever. Wasn't involved whatsoever. I run it fair, I stay neutral in everybody's races you know. You all ask me for something, I got it for you, if (UI), you know, that was about as much as I done. I wasn't mixed up in nothing. I was unopposed, I just kept my nose out of everybody's business.

Having again listened to the accompanying audio tape, the Court will overrule Defendant Thompson's objection to this portion of the transcript previously approved for use at trial.

The second challenged portion of the May 1, 2007 transcript involving Defendant Thompson appears at page eight of the transcript as recently amended by the United States (beginning at approximately 16:35 of the accompanying audio tape). Defendant Thompson asserts that this portion of the transcript should read as follows:

> THOMPSON: Anything that was brought here is right back there locked up in a box. They could not have not taken the box. Now, I don't know if they used more there that day than what they brought back, anyway, ain't no way I'd know that.

Having again listened to the accompanying audio tape, the Court will sustain Thompson's objection and approve the change he suggests.

Finally, Defendant Thompson objects to a statement appearing at the top of page 9 of the transcript recently amended by the United States (beginning at approximately 17:37 of the accompanying audio tape) which includes a statement by Thompson that "I think I'm in trouble, . . ."

Having again listened to the corresponding portion of the audio tape, the Court finds the statement to be sufficiently audible. Accordingly, the Defendant's objection to the inclusion of this statement in the transcript will be overruled.

**III. Conclusion**

It is hereby **ORDERED** as follows:

1. Defendant William Morris and Debra Morris' objection to the May 1, 2007 transcript identified above [Record No. 603], is **SUSTAINED**, in part, and **OVERRULED**, in part. In the event the United States seeks to use this portion of the transcript during trial, it shall make the changes as outlined above (Part I of this Memorandum Order).

2. Defendant Freddie Thompson's objections to a second May 1, 2007, transcript identified above [Record No. 615], are **SUSTAINED**, in part, and **OVERRULED**, in part. In the event the United States seeks to use these portions of the transcript during trial, it shall make the changes as outlined above (Part II of this Memorandum Order).

This 14th day of January, 2010.



Signed By:
*Danny C. Reeves* DCR
United States District Judge